931 F.2d 49
 Baby Neal, For and By Lourie (Norman V.), Kareem, Kent H,
For and By Pierce (John), William, Joseph H, For and By
Maldonado (Father Roberto), Mercella B, For and By Ludwig
(Sr. Stephen), Sherry G, For and By Greenfield (Marjorie),
John W., Jean W., Jacob W., Jeffrey W., For and By Wickenden
(Elizabeth), Alicia P, For and By Cortes (Father Luis, Jr.),
Manuel I, For and By Hobbs (Wilbur), Tamara I, Carl I, For
and By Dejong (Dr. Allen R.), Jane L, For and By Hemp
 NOS. 90-1759, 90-1785
 United States Court of Appeals,
Third Circuit.
 MAR 18, 1991
 
 Appeal From: E.D.Pa.,
 Kelly, J.
 
 
 1
 AFFIRMED.